1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
   Emmanuel Fernandez, an individual and
8  d/b/a Amazon.com Seller gewds4less
   *emanfernandez@gmail.com*
9  5173 Waring Road #320
   San Diego, CA 92120
10 Telephone: (310) 701-0884

11 Lenin Coronel, an individual and
   d/b/a Amazon.com Seller gewds4less
12 *lenincoronel2010@gmail.com*
   2018 W. 147th St.
13 Gardena, California 90249
   Telephone:  (310) 720-2543
14
   Defendants, *in pro se*
15                                                          JS-6

16                 UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18                                          )
   Warner Bros. Home Entertainment Inc.,   )   Case No.: CV12-9130 FMO (FMOx)
19                                          )
                      Plaintiff,            )   CONSENT DECREE AND
20                                          )   PERMANENT  INJUNCTION
         v.                                 )
21                                          )
   Lenin Coronel, an individual and d/b/a   )
22 Amazon.com Seller gewds4less;            )
   Emmanuel Fernandez, an individual and    )
23 d/b/a Amazon.com Seller gewds4less, and) 
   Does 2-10, inclusive,                    )
24                                          )
                      Defendants.           )
25 _____)

26      The Court, having read and considered the Joint Stipulation for Entry of

27 Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

28 Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Lenin Coronel, an

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

individual and d/b/a Amazon.com Seller gewds4less and Emmanuel Fernandez, an individual and d/b/a Amazon.com Seller gewds4less ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to,

transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)      Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)      Each side shall bear its own fees and costs of suit.

6)      Except as provided herein, all claims alleged in the Complaint against Defendants are dismissed with prejudice.

7)      This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)      The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9)      The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants

default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     March 27, 2013

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

Emmanuel Fernandez, an individual and d/b/a Amazon.com Seller gewds4less

By: _____
        Emmanuel Fernandez
Defendant, *in pro se*

Lenin Coronel, an individual and d/b/a Amazon.com Seller gewds4less

By: _____
        Lenin Coronel
Defendant, *in pro se*

## EXHIBIT A

## COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-697-280 | ENTOURAGE: Stunted | Home Box Office, Inc. ("HBO") |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-806-061 | TWO AND A HALF MEN: Nice To Meet You, Walden Schmidt | WBEI |
| PA 1-806-064 | TWO AND A HALF MEN: Oh Look! Al-Qaeda! | WBEI |